## BOARD OF TRADE OF CITY OF CHICAGO v. DONOVAN COMMISSION CO. et al.

(Circuit Court of Appeals, Eighth Circuit. April 16, 1906.)

No. 1,993.

Appeal from the Circuit Court of the United States for the Eastern District of Missouri.

For opinion below, see 121 Fed. 1012.

Henry S. Robbins, for appellant.

Chester H. Krum, for appellee Donovan Commission Co

Before SANBORN and HOOK, Circuit Judges.

HOOK, Circuit Judge. This case is like that of the Cella Commission Company (just decided) 145 Fed. 28. There appears in the record a stipulation that whatever decree is made in that case shall be made in this. Therefore, the decree of the Circuit Court is reversed, and the cause is remanded, with direction to enter a decree in favor of the complainant.